IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM W. RAMSEY, JR., | CV 19-00060-SOM-RLP |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| PARK LANE MANAGEMENT AND SECURITY TEAM, ET AL, | |
| Defendants. | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 12, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, "the Findings and Recommendations To Dismiss Plaintiff's Second Amended Complaint " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge